# Court of Appeals
# of the State of Georgia

ATLANTA, February 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0222. SHEENA ADAMS v. THE STATE.**

When Sheena Adams filed this application for discretionary appeal she did not include a stamped "filed" copy of the order she wished to appeal as required by Court of Appeals Rule 31 (e). A stamped "filed" copy is required in order for this Court to ascertain that the application was filed within 30 days, which is a jurisdictional prerequisite. See OCGA § 5-6-35 (d) (application must be filed within 30 days of the date of the order appealed); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) (OCGA § 5-6-35 requirements are jurisdictional). On February 8, 2013, this Court ordered Adams to supplement her application within 10 days with a stamped "filed" copy of the order to be appealed. We noted that failure to comply with this directive would result in dismissal of the application. More than 10 days have passed since we issued the February 8, 2013 order, but Adams has not submitted a stamped "filed" copy of the trial court's order. Accordingly, her application is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*